# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH CAROLINA
### 901 RICHLAND STREET
### COLUMBIA, SOUTH CAROLINA 2920

RECEIVED

July 21, 2005    2005 AUG -1 P 3: 33

FINANCIAL
DISCLOSURE OFFICE

CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

TELEPHONE (803) 253-3680
FAX (803) 253-3683

The Honorable Mary M. Lisi
Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  2004 Financial Disclosure Report (Amended)

Dear Judge Lisi:

I have amended my 2004 Financial Disclosure Report as directed in your letter dated July 12, 2005.  The amended report is enclosed.  The following changes were made in Part VII:

Page 2, line 30:  I eliminated the value code and method as the asset was bought and sold in 2004 and there was no value at the end of the year.

Page 1, lines 10-16 and 18, page 2, lines 30, 32, 34 and 35, page 3, lines 37, and 39-46, page 4, lines 67-72, page 5, lines 73, 74, page 8, lines 142-144, and page 9, lines 145-159:  I added the value code in Column D(3).

Page 2, line 28, page 4, line 62, page 5, line 88:  I have provided the dates of the appraisals in Part VIII.

Page 5, lines 78-80:  I have amended the value code and method and provided additional information in Part VIII.

One additional asset is listed in the amended report on page 9, line 160 of Part VII.  This asset is part of ████████ state and was unknown to me when my original 2004 report was filed.

Please advise if I need to provide any additional information.

Yours very truly,

Cameron McGowan Currie

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Currie, Cameron M | 2. Court or Organization<br>U. S. District Court, D.S.C. | 3. Date of Report<br>7/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge – Active | 5. ReportType (check appropriate type)<br>○ Nomination,    Date<br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>901 Richland Street<br><br>Columbia, South Carolina 29201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Trust # 2 |
| 3. | Co-Personal Representative | Estate # 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 AUG -1 P 3: 34 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Currie, Cameron M | 7/20/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental - Condo - Columbia, SC 1/2 interest (See Part VIII) | C | Rent | J | R | | | | | |
| 2. Royal Bk of Canada | A | Dividend | J | T | | | | | |
| 3. Cash Mgmt. Acct. Tx Ex - TrFr to another broker | A | Dividend | | | Closed | 10/8 | K | | |
| 4. Bank of America Accounts | A | Interest | J | T | | | | | |
| 5. Palmetto Preservation Corp. See Sec. VIII | | None | M | W | | | | | |
| 6. IRA account TrFr to Smith Barney | | | | | | | | | |
| 7. —ML BD FD Core Bd PT B | | None | | | Sold | 10/22 | K | D | |
| 8. —ING Intl Val - formerly Pilgrim Intl Val Fd Cl C | | None | | | Sold | 10/22 | J | B | |
| 9. —Davis NY Venture | | None | | | Sold | 10/22 | K | | |
| 10. —Amcap Fd CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 11. —American Balanced FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 12. —Capital Inc Bldr Fd CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 13. —Capital World Growth and Incm FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 14. —Fundamental Investors FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 15. —Growth Fund of America CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 16. —Income FD of America CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 17. —Nations Marsico Growth FD CL C | | None | K | T | | | | | |
| 18. —Washington Mut Investors FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4): F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Cherokee Cnty SC Sch Dist 1 OID | B | Interest | K | T | | | | | |
| 20. Union SC Comb Pub Util | A | Interest | | | Sold | 12/28 | K | A | |
| 21. Spartanburg SC WTR WKS Rev FGIC OID FRDG - TE Municipal | A | Interest | K | T | | | | | |
| 22. SC St Ports Auth Rev Fsa OID - TE Municipal | B | Interest | K | T | | | | | |
| 23. SC St Pub Svc Auth Rev AMBAC OID RFDG Ser C | B | Interest | K | T | | | | | |
| 24. ING Intl Value Fd. - Formerly Pilgrim Intl Value Fd. CL C | | None | | | Sold | 10/22 | K | D | |
| 25. Berkeley Cnty SC Sch Bond | A | Interest | J | T | | | | | |
| 26. Davis NY Venture Fd CL C | | None | | | Sold | 10/22 | K | | |
| 27. Lord Abbett Affiliated FD CL C | A | Dividend | | | Sold | 10/22 · | J | A | |
| 28. American Land Svc. Of Darlington CL B NV Sk (See Part VIII) | | None | K | Q | | | | | |
| 29. ML Institutional Fund | A | Interest | | | ·. Closed | 10/20 | J | | |
| 30. Calamos CV & High Incm Fd Sr Th - 2 | | | | | Bought | 6/24 | K | | |
| 31. Calamos CV & High Incm Fd Sr Th - 2 (Same asset as above) | A | Dividend | | | Sold | 8/12 · | K | | |
| 32. Calamos CV & High Incm Fd Sr F - 3 | | | L | T | Bought | 6/25 | L | | |
| 33. Calamos CV & High Incm Fd Sr F - 3 (Same asset as above) | A | Dividend | K | T | Partial sell | 11/12 | K | | |
| 34. Nuveen Qual PFD Incm Fd - 2 | A | Dividend | K | T | Bought | 6/29 | K | | |
| 35. Nuveen Flt Rt Incm Rd Ser M - 3 | | | L | T | Bought | 6/28 · | L | | |
| 36. Nuveen Flt Rt Incm Rd Ser M - 3 (Same as above asset) | A | Dividend | K | T | Partial sell | 10/4 | K | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Franklin Templeton LTD Duratin - 3 | | | L | T | Bought | 6/30 | L | | |
| 38. Franklin Templeton LTD Duratin - 3 (Same asset as above) | A | Dividend | | | Sold | 8/11 | L | | |
| 39. Amcap Fund CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 40. American Balanced Fd CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 41. Capital Income Bldr Fd CL A (value reflects shrs pur 12/29) | A. | Dividend | K | T | Bought | 10/22 | K | | |
| 42. Capital World Growth/ Incm Fd CL A (val refl shrs pur 12/29) | A | Dividend | K | T | Bought | 10/22 | K | | |
| 43. Fundamental Investors Fd | A | Dividend | J | T | Bought | 10/22 | J | | |
| 44. Growth Fund of America CL A (val refl shrs pur 12/29) | A | Dividend | K | T | Bought | 10/22 | K | | |
| 45. Income Fund of America CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 46. Washington Mutual Investors Fd CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 47. Citibank Na Bk Dep Plan | | None | J | T | Opened | 10/22 | | | |
| 48. Trust #1 | | | | | | | | | |
| 49. --Royal Bank of Canada | A | Dividend | K | T | | | | | |
| 50. --Lake Redwing, Inc. Stock | | None | J | U | | | | | |
| 51. --Lake Redwing Real Estate | | None | K | W | | | | | |
| 52. --ML Banking Advantage | A | Interest | | | Closed | 10/18 | J | | |
| 53. --Lexington CNTY SC HLTH SVC Dist Inc Rev | A | Interest | J | T | | | | | |
| 54. --South Carolina ST ST SCH FACS SER A | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type   (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | Type   (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1  (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55.   --South Carolina ST ST Highway-Ser B | A | Interest | J | T | | | | | |
| 56.   --South Carolina Jobs Econ Dv at HSP FC RV | A | Interest | J | T | | | | | |
| 57.   --Davis NY Venture | | None | | | Sold | 10/22 | K | B | |
| 58.   --ING Intl Val Rd - Formerly Pilgrim Intl. Val. | | None | | | Sold | 10/22 | J | B | |
| 59.   --Enterprise Growth C | | None | | | Sold | 10/22 | J | | |
| 60.   --Orangeburg Cnty SC Cons Sch Dist 3 | A | Interest | K | T | | | | | |
| 61.   --Van Kampen | A | Dividend | | | Sold | 10/22 | J | A | |
| 62.   --Am. Land Svc of Dalington  CL B Non-voting -<br>See Pt. VIII | | None | K | Q | | | | | |
| 63.   --Nations Marsico Growth FD CL C | | None | K | T | | | | | |
| 64.   --Greenville Hospital Sys SC FCS RV SR A RF<br>OID Ambac | A | Interest | J | T | | | | | |
| 65.   --American Investment Co of Am CL C | A | Dividend | | | Sold | 10/22 | J | B | |
| 66.   --Citibank NA Bd Dep Program | A | Interest | J | T | Opened | 10/8 | | | |
| 67.   --AMCAP Fd CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 68.   --American Balanced FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 69.   --Capital Income Bldr FD CL A | A | Dividend | J | T | Bought | 8/22 | J | | |
| 70.   --Capital World Growth and Income FD CL A | A | Dividend | J | T | Bought | 8/22 | J | | |
| 71.   --Fundamental Investors FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 72.   --Growth Fund of America CL A | A | Dividend | J | T | Bought | 10/22 | J | | |

| 1. Income/Gain Codes: | A  = $1,0 0 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001- 15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1  = $1,000,001-$5,000,000 | H2  = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5, 00,000 | P2  = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. --Income Fund of America CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 74. --Washington Mutual Investors FD CL A | A | Dividend | J | T | Bought | 10/22 | J | | |
| 75. Trust # 2 | | | | | | | | | |
| 76. --ML Banking Advantage | A | Interest | J | T | | | | | |
| 77. Estate # 1 (See explanation in Part VIII) as of 10/25/04 | | | | | | | | | |
| 78. --Condo - Columbia, SC (See Part VIII) | | None | K | S | | | | | |
| 79. --Lake Red Wing (house and lot # 5) - Darlington, SC (VIII) | | None | J | Q | | | | | |
| 80. --Lake Red Wing Lot (lot # 6) - Darlington, SC (VIII) | | None | J | S | | | | | |
| 81. --Energy Corp. of America, A&W, LLC | A | Dividend | J | T | | | | | |
| 82. --Mortgage Loan to Timothy and Pamela Isaac | A | Interest | K | T | | | | | |
| 83. --Note from J. Stephen Young | | None | J | T | | | | | |
| 84. --CitiBank NA Band Deposit Program | A | Interest | M | T | | | | | |
| 85. --First Federal Bank accounts | A | Interest | K | T | | | | | |
| 86. --VA Life Insurance | | None | | | Disbursed | 10/4 | K | | Paid to beneficiary |
| 87. --Alcoa, Inc. | A | Dividend | | | Sell | 10/27 | K | A | |
| 88. --American Land Service - Darlington - voting shares (VIII) | | None | K | Q | | | | | |
| 89. --Amgen, Inc. | | None | | | Sell | 10/27 | J | | |
| 90. --Aqua America Inc | A | Dividend | | | Sell | 10/27 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. --BB&T Corp. | A | Dividend | K | T | | | | | |
| 92. --BP Plc Spons Adr | A | Dividend | | | Sell | 12/9 | J | A | |
| 93. --Bank of America Corp | A | Dividend | J | T | Partial Sale | 10/27 | J | | |
| 94. --Bank of New York Inc | A | Dividend | J | T | Partial Sale | 10/27 | J | A | |
| 95. --Berkshire Hathaway Inc Class B | | None | K | T | | | | | |
| 96. --ChevronTexaco Corp | A | Dividend | | | Sell | 12/9 | K | | |
| 97. --Cisco Sys Inc | | None | | | Sell | 10/27 | J | | |
| 98. --Citigroup Inc | A | Dividend | | | Sell | 10/27 | K | | |
| 99. --ConocoPhillips | | | K | T | Partial Sale | 10/27 | K | C | |
| 100. --ConcocoPhillips (Same asset as above) | B | Dividend | | | Sell Remaini | 12/9 | K | B | |
| 101. --Dell Inc | | None | | | Sell | 10/27 | K | | |
| 102. -Duke Energy Corp (partial sale) | | | K | T | Partial Sale | 10/27 | K | B | |
| 103. -Duke Energy Corp (Same asset as above) | B | Dividend | | | Sell Remaini | 12/2 | K | B | |
| 104. -Exxon Mobil Corp | A | Dividend | | | Sell | 12/9 | K | A | |
| 105. --First Finl Hldgs Inc | B | Dividend | | | Sell | 10/27 | L | | |
| 106. --FuelCell Energy Inc | | None | | | Sell | 10/27 | J | A | |
| 107. --General Electric Co | B | Dividend | K | T | Partial Sale | 10/27 | L | | |
| 108. --Gtech Holdings Corp | A | Dividend | | | Sell | 10/27 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns CI and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. --Hewlett Packard Co | A | Dividend | | | Sell | 10/27 | J | | |
| 110. --Hydrogenics Corp | | None | | | Sell | 10/27 | J | A | |
| 111. --Intel Corp | A | Dividend | | | Sell | 10/27 | K | A | |
| 112. --Intl Business Machines Corp | A | Dividend | | | Sell | 10/27 | L | B | |
| 113. -JPMorgan Chase & Co | A | Dividend | | | Sell | 10/27 | K | | |
| 114. --Johnson & Johnson | B | Dividend | K | T | Partial Sale | 10/27 | L | | |
| 115. --Lincoln National Corp -Ind- | A | Dividend | | | Sell | 10/27 | K | | |
| 116. --Medco Health Solutions Inc | | None | | | Sell | 10/27 | J | | |
| 117. --Microsoft Corp | C | Dividend | K | T | Partial Sale | 10/27 | K | A | |
| 118. --Newmont Mining Corp | A | Dividend | | | Sell | 12/9 | K | B | |
| 119. --Pfizer Inc. | A | Dividend | | | Sell | 10/27 | K | | |
| 120. --Procter & Gamble Co | B | Dividend | | | Sell | 10/27 | L | | |
| 121. --Progress Energy Inc | B | Dividend | | | Sell | 10/27 | K | | |
| 122. --Providian Finl Corp | | None | | | Sell | 10/27 | J | | |
| 123. --Prudential Financial Inc | | None | | | Sell | 10/27 | J | | |
| 124. -Questar Corp | A | Dividend | | | Sell | 10/27 | K | C | |
| 125. -St. Paul Travelers Cos Inc | A | Dividend | | | Sell | 10/27 | J | | |
| 126. --SB Appreciation CL A | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  –Smucker J M Co New | A | Dividend | | | Sell | 10/27 | J | | |
| 128.  –Sun Microsystems Inc | | None | | | Sell | 10/27 | J | A | |
| 129.  –Synovus Financial Corp | B | Dividend | K | T | Partial Sale | 10/27 | K | A | |
| 130.  –Tyco Intl Ltd New | A | Dividend | | | Sell | 10/27 | K | | |
| 131.  –Viacom Inc Cl B (Partial sale 10/13) | A | Dividend | | | Sell | 10/27 | J | | |
| 132.  –Wachovia Corp 2nd New | C | Dividend | K | T | Partial Sale | 10/27 | L | A | |
| 133.  –Wal-Mart Stores Inc | A | Dividend | | | Sell | 10/27 | J | | |
| 134.  –Whitehall of Florence, Inc. | A | Rent | L | T | | | | | |
| 135.  –Charleston Co SC-Care Alliance HLT JVCS RV-A-FSA INSD-BK E | A | Interest | J | T | | | | | |
| 136.  –Charleston SC TR WDS&SWR Sys Ref&Cap Imp Rv | A | Interest | J | T | | | | | |
| 137.  –SC St St Sch Bond 1/1/15 | A | Interest | K | T | | | | | |
| 138.  –SC St St Bond - Winthrop 10/1/09 | A | Interest | K | T | | | | | |
| 139.  –SC TRANSN Bond | A | Interest | K | T | | | | | |
| 140.  –Vanguard 500 Index Fund | | None | | | Sell | 11/24 | L | B | |
| 141.  –Vanguard Muni Bond Fund Inc Inter Term Portfolio | A | Dividend | | | Sell | 12/7 | K | | |
| 142.  –Beaufort Cnty SC G/O Sch Dist G/O Ser B Bond 4/1/14 | A | Interest | J | T | Buy | 10/27 | J | | |
| 143.  –Beaufort Co SC Sch Dist Ser A Bond 4/1/13 | A | Interest | K | T | Buy | 1027 | K | | |
| 144.  –Hilton Head IS SC RFDG U/T Bond 12/1/10 | A | Interest | K | T | Buy | 10/27 | K | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron M | 7/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. --AMCAP Fund Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 146. --American Balanced Fund Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 147. --Capital Inc Biilder Fund Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 148. --Capital World Growth and Income Fund Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 149. --Charleston Co. SC Sch Dist Bond 2/1/11 | A | Interest | K | T | Buy | 10/27 | K | | |
| 150. --Fundamental Investors Fund Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 151. --Greenville SC WTR WKS Sys Rev Bond 2/1/12 | A | Interest | K | T | Buy | 10/27 | K | | |
| 152. --Growth Fund of American Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 153. --Income Fund of American Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 154. --SC St RFDG-HWY-SER Bond 7/1/09 | A | Interest | K | T | Buy | 10/27 | K | | |
| 155. --SC St State Trans Infrastructure Bond 4/1/07 | A | Interest | K | T | Buy | 10/27 | K | | |
| 156. --SC St State Trans Infrastructure Bond 4/1/08 | A | Interest | K | T | Buy | 10/27 | K | | |
| 157. --Washington Mutual Investors Fund Class A | A | Dividend | L | T | Buy | 10/27 | L | | |
| 158. --Fremont Investment (CD) | | None | L | T | Buy | 12/10 | L | | |
| 159. --Western Puerto Rico (CD) | | None | L | T | Buy | 12/10 | L | | |
| 160. --Interstate Land Investors II Lmt. Partnership | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
  (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,00
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
  (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
  (See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. A.1. Condominium purchased on December 10, 1992, for $25,000. I purchased 1/2 interest.

VII. A.5. Sole asset of corporation is real estate (1 parcel). I have invested just over $107,000 over the past 14 years. There is no appraisal on my interest. Book value is not appropriate as this is improved real estate on which depreciation is deducted. Cost is not available for an interest in a corporation. There is no assessment for my interest.

VII. A.28. Appraisal date: 4/28/03

VII. A.62. Appraisal date: 4/28/03

VII. A.77 Appointed Co-Personal Representative of ████████ estate 10/25/2004.

VII. A.78 The tax assessment of this property is $31,900 but recent sales of identical units = $60,000.

VII. A.79. Appraisal date: 9/9/02

VII. A.80 The tax assessment of this property is $5,000 but, based on 9/9/02 appraisal of lot # 5, estimate of lot 6 value = $30,000.

VII. A.88. Appraisal date: 4/28/03

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Currie, Cameron M | 7/20/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date _July 20, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544